# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Charles Leverson, | Case No.: 2:21-cv-01467-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| State of Nevada, et al., | |
| Defendants | |

Plaintiff Charles Leverson filed an application to proceed *in forma pauperis* (ECF No. 8) in this closed case. I deny the application to proceed *in forma pauperis* without prejudice as moot.

Dated: May 3, 2022

_____
U.S. District Judge